**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RICHARD GILLIAM**                                                    **PLAINTIFF**
**ADC #209415**

**v.**                              **Case No. 4:19-cv-00740 BSM**

**STEFFEN, OIC, Lonoke County**                                **DEFENDANTS**
**Detention Center, et al.**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Joe J. Volpe [Doc. No. 5] has been received. After careful review of the record, the RD is adopted. Gilliam's claims against defendant Hodge are dismissed with prejudice. Gilliam's deliberate indifference to serious medical needs claim is dismissed without prejudice. Pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 28th day of January 2020.

_____
UNITED STATES DISTRICT JUDGE