# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RICHARD GILLIAM**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #209415**

v.　　　　　　　**CASE NO. 4:19-CV-00740 BSM**

**STEFFEN, OIC, Lonoke County**　　　　　　　　　　　　　　　**DEFENDANTS**
**Detention Center,** *et al.*

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Joe J. Volpe [Doc. No. 21] has been received, and after carefully reviewing the entire record, the RD is adopted. Defendants' motion for partial summary judgment [Doc. No. 17] is granted. Gilliam's claims regarding failure to protect on October 25, 26, and 28, 2019 are dismissed without prejudice for failure to exhaust administrative remedies. An *in forma pauperis* appeal of this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 6th day of April 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Brian S. Miller
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE