IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD GILLIAM**  **PLAINTIFF**
**#209415**

v.  Case No. 4:19-cv-00740 BSM

**STEFFEN, OIC, Lonoke County**
**Detention Center**  **DEFENDANT**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Patricia Joe J. Volpe [Doc. No. 27] has been received. After reviewing the record *de novo*, the RD is adopted. Steffen's motion for summary judgment [Doc. No. 23] is granted and the claims against him are dismissed with prejudice. Gilliam's complaint is dismissed. It is certified that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 31st day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE