# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RICHARD GILLIAM**                                                  **PLAINTIFF**
**#209415**

v.                 **Case No. 4:19-cv-00740 BSM**

**STEFFEN, OIC, Lonoke County**
**Detention Center**                                               **DEFENDANT**

## **JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 31st day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE